162 So. 922

### Wallace COLVIN v. STATE.
6 Div. 808.

Court of Appeals of Alabama.
Aug. 27, 1935.

**630**

PER CURIAM.

Appeal dismissed on motion of appellant.